IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**GLORIA ARNETTA BUNCH**                                                      **PLAINTIFF**

v.                          4:21-CV-00433-BRW

**SHERWOOD POLICE DEPARTMENT,** *ET AL.*                  **DEFENDANTS**

**ORDER**

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff is attempting to bring a federal case based on allegations that Defendants "aided and abetted Gwatney Buick GMC; acted negligent with criminal intent; [and] falsified police report and colluded to conceal identity theft/fraud."[2] Plaintiff's Complaint is nonsensical and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. The Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED.

IT IS SO ORDERED this 20th day of May, 2021.

                                                            Billy Roy Wilson
                                                            UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] Doc. No. 2.

1